**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**SAMUEL SPERLING TO THE**
**BAR OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 105**

\*    **September Term, 2020**

## O R D E R

Upon consideration of the Petition for Reinstatement of Samuel Sperling, Bar Counsel's consent filed thereto, and the record herein, in the above-captioned case, it is this 26th day of July, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and it is hereby, GRANTED; and it is further

**ORDERED**, that, effective July 29, 2021, Samuel Sperling is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that, on July 29, 2021, the Clerk of the Court shall replace the name of Samuel Sperling upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this state.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk